*Michael D. Wilson (MW5633)*
**HILL RIVKINS & HAYDEN LLP**
Attorneys for Plaintiff
45 Broadway, Suite 1500
New York, New York 10006
(212) 669-0600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X

MARTRADE SHIPPING & TRANSPORT GmbH,  : Index No.: 08 cv ___ ( )

                Plaintiff,

- Against -  : **RULE 7.1 STATEMENT**

SASCO GmbH,

                Defendants.
------------------------------------X

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff MARTRADE SHIPPING & TRANSPORT GmbH certifies that the following are corporate parents, affiliates and/or subsidiaries which are publicly held.

                              **None**

Dated: New York, New York
        February 8, 2008

                            HILL RIVKINS & HAYDEN LLP
                            Attorneys for Plaintiff

                      By:_____
                            Michael D. Wilson (MW5633)
                            45 Broadway, Suite 1500
                            New York, New York 10006
                            (212) 669-0600