Michael D. Wilson (5633)
HILL RIVKINS & HAYDEN LLP          COURTESY COPY
Attorneys for Plaintiff
45 Broadway
New York, New York 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MARTRADE SHIPPING & TRANSPORT
GmbH,
                    Plaintiff,         :      Index No.:
                                              08 CV 1304 ( )
    - Against -                        :               GBD

SASCO GmbH,                            :      MICHAEL D. WILSON AFFIRMATION
                    Defendant.         :      PURSUANT TO RULE (B)
----------------------------------------X

I, Michael D. Wilson, hereby affirm as follows:

1. I am an attorney and member of the firm of Hill Rivkins & Hayden LLP, attorneys for Plaintiff herein and admitted to practice before this Honorable Court.

2. This Affirmation is submitted pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

3. Based upon the results of my investigation as set forth herein, I am firmly convinced that the defendant SASCO GmbH is a corporation or other business entity which cannot be "found" within this District for the purpose of an attachment under Rule B.

4. I contacted the office of the New York Department of State, Division of Corporations on February 7, 2008, via the official Department of State website at http://www.dos.state.ny.us and conducted a search for corporation named "SASCO GmbH". The search result indicated that this defendant is not a New York corporation, nor is it licensed,

authorized or registered to do business in the State of New York as either a domestic or foreign corporation.

5. I consulted with Directory Assistance for New York on February 7, 2008, for area codes (212), (718), (914), (646), and toll-free listings and found no listing for SASCO GmbH.

6. I accessed on February 7, 2008, through the internet, the Yellow Pages telephone directory database and found no listing in that database for any office or agent of SASCO GmbH in the State of New York.

7. Based upon the foregoing, it is respectfully submitted that defendant SASCO GmbH cannot be "found" within this District within the meaning of Rule B, thus justifying issuance of an order of attachment against the assets of defendant SASCO GmbH as may be found within this District up to and including the amount of the claim as specified in the Verified Complaint.

I hereby confirm under the penalty of perjury that the foregoing is true and correct.

Dated: February 8, 2008

_____
Michael D. Wilson (MW5633)

29768\Wilson Rule B Affirmation