UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MARTRADE SHIPPING & TRANSPORT GmbH :

              Plaintiff, :

- Against - :

            :

SASCO GmbH, :

             Defendant. :
----------------------------------------X

Index No.: 08 cv ___ ( )
1304 (GBD)

ORDER APPOINTING
SPECIAL PROCESS
SERVICE PURSUANT
TO RULE 4(C)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/08

Upon the application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure and upon reading and filing the Affirmation of Michael D. Wilson, sworn to on February 8, 2008, and good cause having been shown, it is on this 8th day of February, 2008.

      **O R D E R E D** that Robert I. Blum or other such similarly qualified person designated by Hill Rivkins & Hayden LLP, over the age of eighteen (18) and not a party or attorney to this action, in addition to the United States Marshal, be and hereby is appointed to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any Interrogatories, upon the garnishee(s) who may hold assets for, or on account of, SASCO GmbH; and it is further

      **O R D E R E D** that Robert I. Blum or other such similarly qualified person designated by Hill Rivkins & Hayden LLP, over the age of eighteen (18) and not a party or attorney to this

action, in addition to the United States Marshal is hereby appointed to serve any other garnishees who based upon information developed subsequent to the issuance of this Order may hold assets for, or on account of, Defendant SASCO GmbH.

Dated: New York, New York
       February 8, 2008

 

*Miriam Goldman Cedarbaum*
UNITED STATES DISTRICT JUDGE
Part I