


# HILL RIVKINS & HAYDEN LLP

45 Broadway, Suite 1500, New York, NY 10006-3739    Tel: (212) 669-0600
Fax: (212) 669-0698/0699    e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

April 29, 2008

**SO ORDERED**

The conference is rescheduled
for June 10, 2008 at 9:30 a.m.

*George B. Daniels*

HON. GEORGE B. DANIELS

Fax Transmission 212-805-6737 (2 pages)

The Honorable George B. Daniels
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    **Martrade Shipping & Transport GmbH v. Sasco GmbH**
Docket No.: 08-cv-01304 (GBD)
Our File: 29768-KBD/MDW

Dear Judge Daniels:

We represent plaintiff, Martrade Shipping & Transport GmbH, in this Rule B attachment action in which an initial pre-trial conference is scheduled for May 8, 2008. Plaintiff has attached $15,000 which remains under restraint at a New York bank pursuant to the Process of Maritime Attachment and Garnishment.

Defendant, a German corporation, was served with the Summons and Complaint pursuant to the Hague Convention on April 11, 2008 and accordingly is to serve its Answer by May 1, 2008. We have not as yet been contacted by any attorneys retained to appear for defendant in this action. If we do not hear from defendant's counsel prior to May 1, 2008, we will be unable to comply with the Court's direction to submit a joint Case Management Plan and Scheduling Order by May 1, 2008, seven (7) days prior to the initial pre-trial conference. Since we have not been contacted by any counsel for defendant although we have sent the notice of the scheduling of the pre-trial conference, we cannot be confident that defendant intends to appoint defense counsel to defend this matter.

Accordingly, we request that the pre-trial conference be adjourned thirty (30) days. If defendant appears in the action, we will discuss and submit a joint Case

NEW JERSEY
175 North Broadway
South Amboy, NJ 08879-1638
Tel: (732) 838-0300  Fax: (732) 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
712 Main Street, Suite 1515
Houston, TX 77002-3209
Tel: (713) 222-1515  Fax: (713) 222-1359
e-mail: hillrivkinstexas@hillrivkins.com

CONNECTICUT
60 Quarry Dock Road
Branford, CT 06405-4654
Tel: (203) 315-9274  Fax: (203) 315-9264
e-mail: hillrivkinsct@snet.net

CALIFORNIA
Hill Rivkins/Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: (916) 535-0263  Fax: (916) 535-0268
e-mail: thefirm@bmlaw.com

April 29, 2008
Page 2

Management Plan prior to the adjourned conference date. If defendant does not timely appear, we will submit an application for entry of default judgment.

                                        Respectfully submitted,

                                        HILL RIVKINS & HAYDEN LLP

                                        Michael D. Wilson

MDW:ds

cc:    Sasco GmbH
        Hohe Bleichen 5
        20354 Hamburg, Germany
        Attn: Dimitris Nikoloulias – Director

015JudgeDaniels

