HILL RIVKINS & HAYDEN LLP
*Attorneys for Plaintiff*
45 Broadway, Suite 1500
New York, New York 10006
Tel: (212) 669-0600
Fax: (212) 669-0699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MARTRADE SHIPPING & TRANSPORT, GmbH | Index No.: 08 CV 1304(GBD) |
| Plaintiff, | **STATEMENT OF DAMAGES** |
| vs. | |
| SASCO GmbH, | |
| Defendant. | |

---

| | |
|---|---|
| Principal amount sued for: | $149,552.00 |
| Costs and Disbursements: | Waived |
| TOTAL | <u>$149,552.00</u> |

Dated: New York, New York
      June 27, 2008

*[signature]*
_____
Christopher M. Panagos (CP-2199)